THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BESSIE ROSEN, Appellant.

Argued March 1, 1945; decided April 12, 1945.

*Joseph Aronstein* for appellant.

*William O'Dwyer, District Attorney* (*William I. Siegel* of counsel), for respondent.

Judgments reversed and a new trial ordered. The proof as to the defendant's possession of the policy slips was insufficient as a matter of law to sustain the judgment of conviction. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.